JOHN D. CHISM, JR., et al., Appellants, *v.* SHELDON D. SMITH, Respondent.

(Submitted June 15, 1914; decided June 18, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 210 N. Y. 198.)

---

IGNACIO MARTINETTI, Respondent, *v.* AL H. WOODS et al., Appellants.

(Submitted June 1, 1914; decided June 18, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 558.)

---

LAURA E. SOUTHWICK, Respondent, *v.* NEW YORK CHRISTIAN MISSIONARY SOCIETY et al., Appellants, Impleaded with Others.

(Submitted June 1, 1914; decided June 18, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 515.)